IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AGEEL RAHEEM, NABEEL RAHEEM, FAWZIYA ALSHORQUI, AMAL RAHEEM, and HADEEL RAHEEM,<br>　　　　Plaintiffs,<br><br>v.<br><br>CATHOLIC CHARITY IN BOSTON, ET AL.,<br>　　　　Defendants. | No. 3:11-CV-1103-M |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 20th day of November, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS